**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| TENNESSEE RIVERKEEPER, INC., <br><br>     Plaintiff, <br><br> v. <br><br> CITY OF SPRINGFIELD, <br><br>     Defendant. | No. 3:26-cv-00284 <br><br> Hon. Eli Richardson, Judge <br> Hon. Barbara D. Holmes, Magistrate Judge |

## NOTICE OF CONSTITUTIONAL CHALLENGE OF STATUTE

Pursuant to Federal Rule of Civil Procedure 5.1, Defendant, through counsel, respectfully files this Notice of Constitutional Challenge of Statute with the Court and the United States Attorney General. In support thereof, Defendant states as follows:

1.      Defendant's Motion and Memorandum of Law in Support of Defendant's Motion to Dismiss was filed with the Court on June 15, 2026.

2.      The Motion to Dismiss was filed against Plaintiff Tennessee Riverkeeper, Inc., in response to Plaintiff's Complaint.

3.      Within the Motion to Dismiss and Memorandum in Support of Motion to Dismiss, Defendant challenges the constitutionality of federal statute 33 U.S.C. § 1365, specifically the constitutionality of a citizen suit under the Clean Water Act under Article II of the U.S. Constitution. Defendant is challenging the statute because such suits constitute an exercise of the executive power, interfere with the President's ability to employ prosecutorial discretion, and violate the private non-delegation doctrine. Citizen suits under Section 1365 also violate the Appointments Clause.

4.      Through this Notice, Defendant has complied with Rule 5.1(a)(1)(A)'s requirement that the United States Attorney General be notified that a federal statute is being challenged when

1

neither the United States, nor its agencies, nor its officers or employees in an official capacity are party to the action.

5.      In further compliance with Rule 5.1(a)(2), Defendant has served the United States Attorney General with a copy of this Notice via certified mail. *See* Exhibit A.

DATED: June 16, 2026.

Respectfully submitted,

*/s/ Joshua Lee*

| | |
|---|---|
| Sean J. Radomski,* Pa. No. 319732 | Joshua C. Lee (No. 30227) |
| Pacific Legal Foundation | William ("Bill") Penny (No. 09606) |
| 3100 Clarendon Blvd., Suite 1000 | THOMPSON BURTON PLLC |
| Arlington, VA 22201 | 1801 West End Avenue, Suite 1550 |
| (202) 888-6881 | Nashville, TN 37203 |
| sradomski@pacificlegal.org | Telephone: (615) 988-1628 |
| | Facsimile: (615) 807-3048 |
| Damien M. Schiff,* Cal. Bar No. 235101 | Joshua.Lee@thompsonburton.com |
| Pacific Legal Foundation | bpenny@thompsonburton.com |
| 555 Capitol Mall, Suite 1290 | |
| Sacramento, CA 95814 | |
| (916) 419-7111 | |
| dschiff@pacificlegal.org | |

**Pro Hac Vice on File*

*Attorneys for Defendant City of Springfield*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which is understood to have sent notification of such filing electronically to all counsel of record.

*/s/ Joshua Lee*
Joshua C. Lee
*Attorney for Defendant*

2