PACIFIC LEGAL FOUNDATION

June 16, 2026

**Via U.S. Certified Mail**
The Honorable Todd Blanche
United States Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Re: *Tennessee Riverkeeper, Inc. v. City of Springfield*
No. 3:26-cv-00284 (M.D. Tenn.)

Dear General Blanche:

Pursuant to Federal Rule of Civil Procedure 5.1, I enclose a copy of Defendant's Motion and Memorandum of Law in Support of Defendant's Motion to Dismiss in the above-referenced lawsuit. The motion challenges the constitutionality of federal statute 33 U.S.C. § 1365. I also enclose a copy of the Notice of Constitutional Challenge. The Motion and Memorandum of Law in Support were filed in the Middle District of Tennessee on June 15, 2026.

Sincerely,

Sean Radomski

Sean J. Radomski
Attorney

Enclosures

3100 Clarendon Blvd., Suite 1000 • Arlington, VA 22201 • plf@pacificlegal.org • 916.419.7111 • pacificlegal.org