**<u>ORDER</u>**
The unopposed Motion (Doc. No. 20) is GRANTED.

*Eli Richardson*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **TENNESSEE RIVERKEEPER, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )  **Case No. 3:26-cv-00284** |
| **vs.** | ) |
| | ) **Judge Eli J. Richardson** |
| **CITY of SPRINGFIELD, TENNESSEE,** | ) **Magistrate Judge Barbara D.** |
| | ) **Holmes** |
| | ) |
| **Defendant.** | ) |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Tennessee Riverkeeper, Inc., hereby moves for an extension of time to respond to the Defendant's Motion to Dismiss to August 28, 2026, and says as follows:

1. The Motion to Dismiss was filed by the Defendant on June 15, 2026, and raises complicated and unique constitutional issues which could potentially affect the Citizen Suit Provisions of the Clean Water Act and other environmental acts, such as the Clean Air Act and RCRA on a national basis.

2. Defendant asked for and received two thirty-day extensions of its time to prepare its motion, for a total eighty days allotted to the effort.