IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE RIVERKEEPER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:26-cv-00284 |
| | ) | |
| CITY OF SPRINGFIELD, TENNESSEE, | ) | JUDGE RICHARDSON |
| | ) | |
| Defendant. | ) | |

**ORDER**

In light of the filing of the Amended Complaint (Doc. No. 24), which has become the operative complaint in this case, Defendant's Motion to Dismiss (Doc. No. 14) the original complaint (Doc. No. 1) is DENIED as moot.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE