**ORDER**
The unopposed Motion (Doc. No. 32) is GRANTED

*Eli Richardson*

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **TENNESSEE RIVERKEEPER, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 3:26-cv-00284** |
| **vs.** ) | |
| ) | **Judge Eli J. Richardson** |
| **CITY of SPRINGFIELD, TENNESSEE,** ) | **Magistrate Judge Barbara D.** |
| ) | **Holmes** |
| ) | |
| **Defendant.** ) | |

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT

Plaintiff, Tennessee Riverkeeper, Inc., hereby moves for an extension of time to respond to the Defendant's Motion to Dismiss the Amended Complaint to August 28, 2026, and says as follows:

1. Defendant's first Motion to Dismiss was filed on June 15, 2026. Plaintiff requested and received an extension of time to respond to August 28, 2026. Plaintiff now requests an extension to the same deadline.

2. The Motion to Dismiss the Amended Complaint was filed by the Defendant on July 20, 2026, and raises complicated and unique constitutional issues which could potentially affect the Citizen Suit Provisions of the Clean Water Act and other environmental acts, such as the Clean Air Act and RCRA on a national basis.