**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TENNESSEE RIVERKEEPER, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:26-cv-00284** |
| | ) | |
| **vs.** | ) | |
| | ) | **Judge Eli J. Richardson** |
| **CITY of SPRINGFIELD, TENNESSEE,** | ) | **Magistrate Judge Lynda M. Hill** |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF VOLUNTARY DIMISSAL**

PLAINTIFF hereby notifies the Court and all parties via counsel of record of its voluntary dismissal without prejudice of the above styled case and states as follows:

1. By virtue of Federal Rule of Civil Procedure 41, the Plaintiff may voluntarily dismiss its case without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.
2. Defendant has filed neither an answer nor a motion for summary judgment.

Respectfully submitted,

For Plaintiff:

/s/ Mark E. Martin

Mark E. Martin
P.O. Box 1486
Oneonta, Alabama 35121
(205) 516-9350
mmartin@markemartin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, and all exhibits thereto, if any, will be served on all parties, via the Court's CM/ECF electronic filing system, on the 21th day of August 2026.

*/s/ Mark E. Martin*