IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE RIVERKEEPER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. 3:26-cv-00284 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| CITY OF SPRINGFIELD, TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff has filed a Notice of Voluntary Dismissal (Doc. No. 35, "Notice"). The Notice constitutes a notice of dismissal before Defendant served either an answer or motion for summary judgment. Under Fed. R. Civ. P. 41(a)(1)(A)(i), therefore, the Notice sufficed to dismiss this action without any action on the part of the Court. The Notice states that the dismissal is without prejudice, so under Fed. R. Civ. P. 41(a)(1)(B), the dismissal is in fact without prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** without prejudice, and the Clerk is directed to close the file.

The Clerk shall enter final judgment for purposes of Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE